# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WORLD CLASS TECHNOLOGY CORPORATION,
AN OREGON CORPORATION,
*Plaintiff-Appellee*,

v.

ORMCO CORPORATION,
A DELAWARE CORPORATION,
*Defendant-Appellant*.

Nos. 2013-1679, 2014-1692

Appeals from the United States District Court for the
District of Oregon, No. 3:13-cv-00401-AC,
Magistrate Judge John V. Acosta

**WORLD CLASS TECHNOLOGY CORPORATION'S UNOPPOSED
MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

Pursuant to Federal Circuit Rules 26(b) and 27, plaintiff-appellee World Class Technology Corporation hereby moves the Court for an extension of 32 days, from March 27, 2014, to and including April 28, 2014, within which to serve and file its answering brief in this case. This motion is supported by the accompanying declaration of Peter D. Hawkes.

We are authorized to represent that counsel for appellant does not oppose the requested extension. No extensions of time have previously been sought by appellee.

For the reasons stated above and in the following declaration, appellee respectfully requests that its motion be granted and that the Court extend appellee's deadline to file its answering brief by 32 days and reset the deadline to April 28, 2014.

DATED: March 14, 2014

                                                   LANE POWELL PC

                                                   By  s/ Peter D. Hawkes
                                                         Peter D. Hawkes

                                                 Attorneys for Appellee World Class
                                                 Technology Corporation

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

World Class Technology Corporation v. Ormco Corporation

Nos. 2013-1679; 2014-1692

**CERTIFICATE OF INTEREST**

Counsel for the appellee World Class Technology Corporation certifies the following:

1. The full name of every party or amicus represented by me is:

    World Class Technology Corporation.

2. The name of the real party in interest represented by me is:

    N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    N/A.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    LANE POWELL PC
    Peter D. Hawkes, Susan K. Eggum,
    Jay R. Smith-Hill, Brenna K. Legaard

Dated: March 14, 2014

                                              s/ Peter D. Hawkes
                                              Peter D. Hawkes
                                              LANE POWELL PC

                                              Of Attorneys for Appellee World Class
                                              Technology Corporation

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WORLD CLASS TECHNOLOGY CORPORATION,
AN OREGON CORPORATION,
*Plaintiff-Appellee*,

v.

ORMCO CORPORATION,
A DELAWARE CORPORATION,
*Defendant-Appellant*.

Nos. 2013-1679, 2014-1692

Appeals from the United States District Court for the
District of Oregon, No. 3:13-cv-00401-AC,
Magistrate Judge John V. Acosta

## DECLARATION OF PETER D. HAWKES IN SUPPORT OF WORLD CLASS TECHNOLOGY CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

I, Peter D. Hawkes, declare as follows:

1. I am one of the lawyers representing appellee World Class Technology Corporation in the above-captioned matter. I am designated as the principal attorney for World Class Technology Corporation in this appeal. I make this declaration in support of appellee's motion to extend time to file its brief.

2. Appellee is seeking this extension to allow its counsel sufficient time to complete the answering brief. My colleague, Brenna K. Legaard, who was the

principal patent attorney responsible for drafting the brief, has recently left our law firm. We have brought in another patent attorney from our firm to assist in drafting, but she is new to the case and needs sufficient time to familiarize herself with the record.

   3.  This motion is brought in good faith and not for purposes of delay.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

   DATED:  March 14, 2014

                s/ Peter D. Hawkes
               Peter D. Hawkes
               LANE POWELL PC
               601 SW Second Avenue, Suite 2100
               Portland, OR 97204-3158
               Telephone: 503.778.2100
               Facsimile: 503.778.2200
               hawkesp@lanepowell.com

               Attorneys for Appellee World Class
               Technology Corporation

# CERTIFICATE OF SERVICE

When All Case Participants Are Registered for the
Appellate CM/ECF System

I hereby certify that on March 14, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ Peter D. Hawkes
Peter D. Hawkes
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
hawkesp@lanepowell.com

Of Attorneys for Appellee World Class Technology Corporation