NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLD CLASS TECHNOLOGY CORPORATION,**
**an Oregon corporation,**
*Plaintiff – Appellee,*

v.

**ORMCO CORPORATION, a Delaware corporation,**
*Defendant – Appellant.*

---

13-1679

---

Appeal from the United States District Court for the District of Oregon in No. 3:13-cv-00401-AC United States Magistrate Judge John V. Acosta.

---

ON MOTION

O R D E R

Upon consideration of the Appellee World Class Technology Corporation's unopposed motion to extend time to file its principal brief until April 28, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                         FOR THE COURT

March 18, 2014              /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court