# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WORLD CLASS TECHNOLOGY CORPORATION,
an Oregon corporation,

*Plaintiff-Appellee*,

v.

ORMCO CORPORATION,
a Delaware corporation,

*Defendant-Appellant*.

Nos. 2013-1679, 2014-1692

Appeals from the United States District Court for the
District of Oregon, No. 3:13-cv-00401-AC,
Magistrate Judge John V. Acosta

## APPELLEE WORLD CLASS TECHNOLOGY CORPORATION'S MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY OF RECORD

Appellee World Class Technology Corporation respectfully requests substitution of the principal attorney of record in this action. Appellee requests that the currently designated principal attorney of record, Peter D. Hawkes, of Lane Powell PC, change his designation from "principal counsel" to "of counsel" for appellee and that Brian Bodine of Lane Powell PC be named as principal attorney of record for appellee.

Submitted concurrently herewith are the Amended Entry of Appearance of Peter Hawkes as of counsel for appellee rather than principal attorney of record,

1

and the Amended Entry of Appearance of Brian Bodine as principal attorney of record.

Counsel for appellant has been contacted and has indicated that they do not oppose this motion.

DATED: April 28, 2014

                              LANE POWELL PC

                              By /s/ Peter D. Hawkes
                                  Peter D. Hawkes

                              Attorneys for Appellee World Class Technology Corporation

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

World Class Technology Corporation v. Ormco Corporation
Nos. 2013-1679; 2014-1692

**CERTIFICATE OF INTEREST**

Counsel for the appellee World Class Technology Corporation certifies the following:

1. The full name of every party or amicus represented by me is:

   World Class Technology Corporation.

2. The name of the real party in interest represented by me is:

   N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   N/A.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   LANE POWELL PC
   Brian Bodine, Peter D. Hawkes, Susan K. Eggum,
   Jay R. Smith-Hill, Brenna K. Legaard

   CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP
   William O. Geny

Dated: April 28, 2014         /s/ Peter D. Hawkes
                              Peter D. Hawkes
                              LANE POWELL PC

                              Of Attorneys for Appellee World Class
                              Technology Corporation

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WORLD CLASS TECHNOLOGY CORPORATION,
an Oregon corporation,

*Plaintiff-Appellee*,

v.

ORMCO CORPORATION,
a Delaware corporation,

*Defendant-Appellant*.

Nos. 2013-1679, 2014-1692

Appeals from the United States District Court for the
District of Oregon, No. 3:13-cv-00401-AC,
Magistrate Judge John V. Acosta

## DECLARATION OF PETER D. HAWKES IN SUPPORT OF APPELLEE WORLD CLASS TECHNOLOGY CORPORATION'S MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY OF RECORD

I, Peter D. Hawkes, declare as follows:

1.  I am one of the lawyers representing appellee World Class Technology Corporation in the above-captioned matter. I am currently designated as the principal attorney of record for appellee in this appeal. I make this declaration in support of appellee's motion to substitute its principal attorney of record.

2. Lane Powell represented appellee in the district court action that is the subject of this appeal.

3. On November 12, 2013, I submitted an entry of appearance as principal attorney of record for appellee.

4. On April 24, 2014, Brian Bodine submitted an entry of appearance as counsel for appellee.

5. Appellee hereby requests that Brian Bodine of Lane Powell PC be named as its principal attorney of record in this matter.

**I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.**

DATED: April 28, 2014

/s/ Peter D. Hawkes
Peter D. Hawkes
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
hawkesp@lanepowell.com

Brian Bodine
LANE POWELL PC
U.S. Bank Centre
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111-9402
Telephone:  206.223.7000
Facsimile:  206.223.7107
bodineb@lanepowell.com

Attorneys for Appellee World Class Technology Corporation

2

# CERTIFICATE OF SERVICE

When All Case Participants Are Registered for the
Appellate CM/ECF System

I hereby certify that on April 28, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Peter D. Hawkes
Peter D. Hawkes
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200
hawkesp@lanepowell.com

Of Attorneys for Appellee World Class Technology Corporation