# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

April 29, 2014

To: Brian G. Bodine
Peter D. Hawkes

Re: 13-1679 - World Class Technology Corp v. Ormco Corporation

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) Entry of Appearance cannot be filed for the following reason(s):

- All PDFs submitted to the Court must be text-searchable. ECF-5(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk of Court

cc: Gregory F. Ahrens
Patrick Joseph Coyne
Paul J. Linden
Christopher Mead